Ronald G. Pyle II Pro Se'
720 Bluefield ave.
Turlock, CA. 95382
209-505-7481

**FILED**

MAR 28 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Ronald G. Pyle II<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO DEALER SERVICES, INC.<br><br>    Defendant | Case No.: 1:12-cv-00361-AWI-DLB<br><br>PROOF OF SERVICE<br>BY MAIL |

I, the undersigned, hereby certify that I am over the age of eighteen years and on, March 25, 2012, I served a copy of the attached document(s) titled" RETURN OF SERVICE", by placing a copy in a first class postage paid envelope addressed to the honorable court hereinafter listed, by depositing said envelope in the United States Mail at <u>2801 Mitchell Rd, Ceres, CA 95307,</u>

TO:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
2500 Tulare st. 1st. floor
Fresno, Ca. 93721-1321

I declare under penalty of perjury that the foregoing is true and correct.

Signed _Ronald A. Pyle II_

- 1

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE March 19, 2012 |
|---|---|
| NAME OF SERVER (PRINT) LaTrina D. Day | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served the defendant's registered agent for service CSC at 2730 Gateway Oaks Drive, Suite 100 Sacramento, CA 95833 Customer Service Specialist Becky DeGeorge accepted service.

### STATEMENT OF SERVICE FEES

| TRAVEL $25.00 | SERVICES $40.00 | TOTAL $65.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 20, 2012
Date

*Signature of Server*

8250 Calvine Road #C331
Sacramento, CA 95828
*Address of Server*