Ronald G. Pyle II Pro Se'
720 Bluefield ave.
Turlock, CA. 95382
209-505-7481


FILED
APR 09 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Ronald G. Pyle II<br><br>  Plaintiff,<br><br>vs.<br><br>WELLS FARGO DEALER SERVICES, INC.<br><br>  Defendant | Case No.: 1:12-cv-00361-AWI-DLB<br><br>PROOF OF SERVICE<br>BY MAIL |

I, the undersigned, hereby certify that I am over the age of eighteen years and on April 5, 2012, I served a copy of these document(s): <u>Informational order, notice of availability and consent form for U.S. Magistrate Judge,& a copy of plaintiff's consent form for U.S. Magistrate Judge,</u> by placing a copy in a first class postage paid envelope addressed to the person hereinafter listed by depositing said envelope in the United States Mail at 2801 Mitchell Rd, Ceres, CA 95307:

TO:

Coleman & Horowitt, LLP

C/o Helen Omapas

499 W. Shaw ave, suite 116

Fresno, CA. 93704

I declare under penalty of perjury that the foregoing is true and correct.

Signed _Ronald H. Pyle II_

- 1 -